[No. 18171-8-I. Division One. January 8, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. EMERY FRANK HARRIS, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 6579, Gerald L. Knight, J., entered

March 11, 1986. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Scholfield, C.J., and Williams, J.